UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

BERNARD PLUMMER,  )  Case No. EDCV 12-548-RGK(AJW)
                 )
     Petitioner, )
                 )  JUDGMENT
        v.       )
                 )
PAROLE BOARD,    )
                 )
     Respondent. )
_____)

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed.

Dated: June 25, 2012

_____
R. Gary Klausner
United States District Judge